IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00277-BNB

SIRRLOVE WILLIAMS,

Plaintiff,

v.

RICHARD LABER BADGE #04066, and
CITY AND COUNTY OF DENVER, CO,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 23 2009

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Sirrlove Williams, is a prisoner who currently is incarcerated at the Denver County Jail. He submitted to the Court *pro se* a document titled "Notice of Immunity." The Court reviewed the document and determined it was deficient. Therefore, in an order filed on February 10, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Williams to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The February 10, 2009, order pointed out that Mr. Williams failed either to pay the $350.00 filing fee or to submit on the proper, Court-approved form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The order also pointed out that Mr. Williams failed to submit on the proper, Court-approved form a Prisoner Complaint. The order warned Mr. Williams that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

On February 19, 2009, Mr. Williams submitted on the proper forms a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. However, the copy of his trust fund account statement for the six-month period immediately proceeding this filing is not certified.

Subsection (a)(2) of 28 U.S.C. § 1915 requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The February 10, 2009, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. Mr. Williams has failed to cure all the designated deficiencies within the time allowed and, therefore, the complaint and the action will be dismissed without prejudice. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that the motion for indigent status filed on February 19, 2009, is denied as moot.

DATED at Denver, Colorado, this 23 day of March, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00277-BNB

Sirrlove Williams
Prisoner No. 1613915
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/23/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk